UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

JASON TUTTLE,

     Plaintiff,(s)

vs.

CARNIVAL CORPORATION,

     Defendant(s)

_____/

## **COMPLAINT**

COMES NOW the Plaintiff, JASON TUTTLE, and sues the Defendant, CARNIVAL CORPORATION, and alleges as follows:

1.     That at all times material, the Plaintiff, JASON TUTTLE, is a member of the United States Marine Corp. and is currently stationed and a resident of North Carolina.

2.     That at all times material, the Defendant, CARNIVAL CORPORATION, hereafter referred to as CARNIVAL, is a foreign profit corporation which has a principal place of business in Miami-Dade County, Florida.

3.     That this is an action for damages which are in excess of Seventy-Five ($75,000.00) Thousand Dollars.

4.     That this Court has jurisdiction pursuant to 28 USC § 1332.

5.     That in the alternative, this is an action which arises out of the General Maritime Law of the United States and this Court has jurisdiction pursuant to 28 USC § 1333.

1

6.      That at all times material, the Defendant CARNIVAL was the owner and/or operator of the cruise vessel VALOR.

7.      That on or about August 18th, 2012, the Plaintiff and his newlywed wife boarded the VALOR in Miami, Florida for a honeymoon cruise.

8.      That the Plaintiff was one of a number of veterans and military personnel who were aboard the vessel.

9.      That at all times material, the Defendant CARNIVAL knew of the presence of a number of military veterans and service personnel and sponsored several activities dedicated to the veterans aboard ship.

10.     That on or about August 24th, the Plaintiff attended a show in the ship's main theater.   That as the Plaintiff was waiting for the show to begin, there was a sudden, very loud explosion and pyrotechnics display, which was apparently the beginning of the show.   That the explosion was without any prior notice or warning and the Plaintiff had no opportunity to avoid the explosion.

11.     That as a result of the explosion, the Plaintiff suffered a sudden and severe hearing loss in his left ear.   That the injury has had a significant impact on his position with the Marine Corp. in that he has lost flight status and may be forced to either retire or be discharged from the Corp.

12.     That the Defendant CARNIVAL breached the duty of care which it owed to the Plaintiff and was negligent in beginning the show with a loud explosion when it was foreseeable that it may cause injury to veterans, including the Plaintiff or other passengers, and that the

2

Defendant was further negligent in failing to give any prior notice or warning to any of the passengers, including the Plaintiff, about the loud explosion that was going to take place.   That neither the Plaintiff nor any of the other passengers had any time in which to avoid being present at the time the explosion occurred.

13.    That as a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a known or unknown previously existing condition.   The losses are either permanent or continuing in nature and the plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, for costs of this action, for trial by jury and any other relief deemed just and appropriate by this Honorable Court.

Respectfully submitted,

WAKS & BARNETT, P.A.
Attnys for Plaintiff(s)
9900 SW 107ᵗʰ Ave., #101
Miami, FL 33176
Tel: (305) 271-8282
Fax: (305) 595-9776

By: _____
ANDREW L. WAKS

3

**WAKS & BARNETT, P.A.**
9900 SW 107ᵗʰ Ave., #101, Miami, FL 33176 Tel: (305) 271-8282 Fax: (305) 595-9776