UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20016-SCOLA/OTAZO-REYES

JASON TUTTLE,

    *Plaintiff,*

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    *Defendant.*

_____/

**MEDIATOR'S REPORT**

    Barbara Locke, the undersigned Certified Mediator, reports to this Honorable Court as follows:

    Mediation was held on **December 16, 2015 @ 1:00 P.M.** All parties required to be present were in attendance.

_____     AN AGREEMENT WAS REACHED.

    _____ The Agreement is attached with consent of the parties.

_____     NO AGREEMENT WAS REACHED.

✓     The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before 2/19/2016, than this matter shall be deemed at an impasse.

_____     Other: _____

                                                /s/ Barbara Locke
                                               Barbara Locke, #24745 R