UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  15-CV-20016-SCOLA/OTAZO-REYES

JASON TUTTLE,


        Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

        COMES NOW the Plaintiff, JASON TUTTLE, by and through his undersigned attorney,

and hereby notifies the Court that this matter has been settled, and that a Stipulation for

Dismissal shall be filed once the parties have executed the appropriate releases.

        Dated this December 23, 2015.


                                Respectfully submitted,

                                WAKS & BARNETT, P.A.
                                Counsel for Plaintiff
                                9900 SW 107th Ave., #101
                                Miami, FL  33176
                                Tel: (305) 271-8282
                                Fax: (305) 595-9776


                                By:  */s/ Andrew L. Waks*
                                     ANDREW L. WAKS
                                     waksbar@aol.com
                                     FBN: 241350

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Andrew L. Waks*
ANDREW L. WAKS
FBN: 241350

**SERVICE LIST**
*Jason Tuttle vs. Carnival Corporation d/b/a Carnival Cruise Line*
*Case no:  15-cv-20016-SCOLA/OTAZO-REYES*

| Andrew L. Waks, Esq. | Donnise DeSouza Webb, Esq. |
|---|---|
| waksbar@aol.com | ddesouza@carnival.com |
| WAKS & BARNETT, P.A. | CARNIVAL CORPORATION |
| 9900 SW 107th Ave., #101 | 3655 NW 87th Avenue |
| Miami, FL  33176 | Miami, FL  33178-2428 |
| Tel: (305) 271-8282 | Tel: (305) 599-2600 |
| Fax: (305) 595-9776 | Fax: (305) 406-4732 |
| Counsel for Plaintiff | Counsel for Defendant |